MARION WOLKIN, Appellant, v. CECELIA L. A. SLATER, Respondent.— Judgment reversed on the law, and a new trial granted, with costs to abide the event, on the ground that it was error for the trial court to admit in evidence the general

**844** CASES REPORTED WITH BRIEF SYLLABI.

release. We cannot say that this error was not prejudicial to the plaintiff. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.